**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiff, Cameron Irving*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CAMERON IRVING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JIMMY G'S STEAKS; 2111 ABIGAIL, LLC; NICHOLAS STRAFELLA; *and* CHRISTOPHER COLANERO,<br><br>　　　　　　Defendants. | Civil Action No. 2:21-cv-03419-TJS |

### NOTICE OF VOLUNTARY DISMISSAL OF CHRISTOPHER COLANERO

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Cameron Irving voluntarily dismisses

Defendant Christopher Colanero. Such dismissal shall be without prejudice.


Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**


*/s/Ian M. Bryson, Esquire*
Ian M. Bryson, Esquire
*Attorneys for Plaintiff*

Dated: November 3, 2021

1

**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiff, Cameron Irving*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CAMERON IRVING,<br><br>     Plaintiff,<br><br> v.<br><br>JIMMY G'S STEAKS; 2111 ABIGAIL,<br>LLC; NICHOLAS STRAFELLA; *and*<br>CHRISTOPHER COLANERO,<br><br>     Defendants. | Civil Action No. 2:21-cv-03419-TJS |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system.

Respectfully submitted,

*/s/Ian M. Bryson, Esquire*
Ian M. Bryson, Esquire
*Attorneys for Plaintiff*

Dated: <u>November 3, 2021</u>