IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMERON IRVING** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JIMMY G'S STEAKS, 2111 ABIGAIL,** | : | |
| **LLC, and NICHOLAS STRAFELLA** | : | **NO. 21-3419** |

## ORDER

**NOW**, this 12th day of January, 2022, upon consideration of plaintiff's Motion for Entry of Default Judgment (Doc. No. 10) and after a hearing, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case.

                                                                                                /s/ Timothy J. Savage
                                                                                   TIMOTHY J. SAVAGE, J.